CHARLES P. DIAMOND (S.B. #56881)
cdiamond@omm.com
LAW OFFICES OF CHARLES P. DIAMOND
1999 Avenue of the Stars, Ste. 800
Los Angeles, CA 90067-6035
Telephone: +1 310 246 6789

SEAN T. ANDREWS (S.B. #350713)
sandrews@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street
Suite 1900
Los Angeles, California  90071-2811
Telephone: +1 213 430 6000
Facsimile:  +1 213 430 6407

*Attorneys for Defendant*
*Angel Larry Sandoval*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>             Plaintiff,<br><br>     v.<br><br>Angel Larry Sandoval,<br><br>             Defendant. | Case No. CR 24-00005-JAK-7<br><br>**STIPULATION TO CONTINUE SENTENCING** |

Defendant Angel Larry Sandoval, by and through his attorneys of record, Charles P. Diamond and Sean T. Andrews, and the United States of America, by and through its counsel of record, Brittney M. Harris, Assistant United States Attorney, stipulate for an order continuing the sentencing in this matter from April 24, 2025 to May 1, 2025, or to a date thereafter convenient to the Court and counsel.

This continuance is sought because the Court, *sua sponte*, rescheduled defendants' sentencing hearing to April 24, 2025. *See* Dkt. No. 216. Defendants' counsel, Mr. Andrews, is scheduled to be out of state for a bankruptcy plan

1  confirmation hearing in an unrelated matter April 22 through April 28, 2025 and is
2  not available on this date. Separately, counsel for the government, Ms. Harris, is
3  unavailable May 15, 2025 and May 22, 2025. As such, the parties respectfully
4  request the Court reschedule defendants' sentencing for May 1, 2025; May 8, 2025;
5  or a date on or after May 29, 2025 convenient to the Court.
6     There has been one previous request to continue the sentencing in this matter
7  to allow defense counsel adequate time to investigate and prepare mitigation
8  material. The requested continuance is not based on congestion of the Court's
9  calendar, or lack of diligent preparation on the part of the attorneys for the
10 government or the defendant.

Dated: March 17, 2025

CHARLES P. DIAMOND
THE LAW OFFICES OF CHARLES P. DIAMOND

SEAN T. ANDREWS
O'MELVENY & MYERS LLP

By:  /s/ Sean T. Andrews
     Sean T. Andrews
     Attorney for Defendant

Dated: March 17, 2025

BRITTNEY M. HARRIS
UNITED STATES ATTORNEY'S OFFICE
FOR THE CENTRAL DISTRICT OF CALIFORNIA

By:  /s/ Brittney M. Harris (with permission)
     Brittney M. Harris
     Assistant United States Attorney