# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>                 Plaintiff,<br><br>    v.<br><br>Angel Larry Sandoval,<br><br>                 Defendant. | Case No. LA CR 24-00005-JAK-7<br><br>**ORDER RE: STIPULATION TO CONTINUE SENTENCING (DKT. 224)** |

1  Based on a review of the Stipulation to Continue Sentencing ("Stipulation" (Dkt. 224)), sufficient good cause has been shown for the requested relief. Accordingly, the Stipulation is **APPROVED**, as follows. Defendant Sandoval's sentencing is continued from April 24, 2025, to May 1, 2025, at 8:30 a.m., with the precise time to be set when the final calendar issues for that date. All briefing as to sentencing shall be filed on or before April 17, 2025.

**IT IS SO ORDERED.**

Dated: March 20, 2025

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE